**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ADP, INC., | : | Civil Action No.: 1:25-cv-04506 |
| Plaintiff, | : | *Civil Action* |
| v. | : | **NOTICE OF DISMISSAL WITH** |
| ARGO REAL ESTATE LLC, | : | **PREJUDICE** |
| Defendant. | : |  |

Plaintiff ADP, Inc., by their attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C.,

hereby provides Notice that the above-captioned matter be dismissed with prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i).  No other party has yet made an appearance in this

matter or filed an answer or a motion for summary judgment.

OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
*Attorneys for Plaintiff ADP, Inc.*


/s/ Harris S. Freier
Harris S. Freier, Esq.


Dated:  August 18, 2025

91163803.v1-OGLETREE